JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ERIC L. GONZALEZ, | Case No. CV 08-4292-MMM (JWJ) |
| Petitioner, | JUDGMENT |
| vs. | |
| BEN CURRY, | |
| Respondent. | |

Pursuant to the Order of the Court approving, supplementing and adopting the Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus with prejudice as barred by the statute of limitations.

DATED: January 24, 2011

_____
MARGARET M. MORROW
United States District Judge

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ERIC L. GONZALEZ, <br><br> Petitioner, <br><br> vs. <br><br> BEN CURRY, <br><br> Respondent. | Case No. CV 08-4292-MMM (JWJ) <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that a Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus with prejudice as barred by the statute of limitations.

///

///

///

1    IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
2 this Order and the Judgment of this date on petitioner.

4 DATED: January 24, 2011

*Margaret M. Morrow*
_____
MARGARET M. MORROW
United States District Judge

- 2 -